JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

NANSHON WILLIAMS,

    Petitioner,

v.

T. VINGA,

    Respondent.

Case No. CV 11-5540-JFW (MLG)

JUDGMENT

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: July 19, 2011

John F. Walter
United States District Judge

